Ryan R. Janis, Esq.
Admitted Pro Hac Vice
Pennsylvania Bar No. 307705
Jekielek & Janis LLP
203 E. Pennsylvania Blvd.
Feasterville, PA 19053
T: (215) 337-4860
ryan@jj-lawyers.com

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br>v.<br><br>RB Properties, Inc., a Nevada corporation, d/b/a OLD TOWN SALOON; ROBERT P. BILBRAY, an individual,<br><br>Defendants. | Case No.: 2:20-cv-01549-JAD-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

The parties hereto, through their respective counsel, hereby submit the following proposed Stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.

**1.  Conference.** Pursuant to Federal Rule of Civil Procedure 26(f), counsel for the parties conferred telephonically on June 8, 2021. As required, during this conference counsel considered the nature and basis of their clients' claims and defenses and the possibility of prompt settlement of this action. Counsel discussed the timing and other arrangements pertaining to the initial disclosures required by Rule 26(a)(1), discussed issues concerning preservation of discoverable information and developed a proposed discovery plan.

**2.  Discovery Plan:**

    A.  <u>Initial Disclosures</u>: Pursuant to Rule 26(a)(1)(C), and by agreement of the

1

parties, the parties will exchange initial disclosures no later than June 15, 2021.

B. <u>Areas of Discovery</u>: Discovery will be needed to address all issues, including all claims and defenses within the scope of the parties' pleadings.

C. <u>Discovery Cut-Off Date</u>: The parties propose a discovery cut-off date of October 13, 2021, which is one hundred and twenty (120) days following the parties' proposed deadline for serving initial disclosures.

D. <u>Amendments to Pleadings and Addition of Parties</u>: Pursuant to Local Rule 26.1(e)(2), the parties shall have until July 15, 2021 to file any motions to amend pleadings or to add parties. This date is ninety (90) days before the parties' proposed discovery cut-off date.

E. <u>Federal Rule of Civil Procedure 26(a)(2) Expert Disclosures</u>: Disclosure of experts shall be made no later than August 16, 2021, which is the next closest day to sixty (60) days before the parties' proposed discovery cut-off date. Disclosures of any rebuttal experts shall be made no later than September 15, 2021, which is within thirty (30) days after the parties' initial disclosure of experts.

F. ~~<u>Interim Status Report</u>: Pursuant to Local Rule 26-3, the parties shall submit an interim status report no later than August 16, 2021, which is the next closest day to sixty (60) days before the parties' proposed discovery cut-off date.~~

G. <u>Dispositive Motions</u>: Pursuant to Local Rule 26-1(e)(4), the parties shall have until November 12, 2021 to file dispositive motions. The date is thirty (30) days after the parties' proposed discovery cut-off date.

H. <u>Pretrial Order</u>: Pursuant to Local Rule 26-1(e)(5), the joint pretrial order shall be filed by December 13, 2021. This date is the next closest day to thirty (30) days after the deadline for filing dispositive motions. In the event that dispositive

2

motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on such motion(s) or further order of the Court. The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any objections thereto, shall be made in the joint pretrial order.

3. **Limitations on Discovery**: At this time, the parties proposed no changes to the form or scope of discovery imposed by the Federal Rules of Civil Procedure or the Local Rules, other than the extension of certain deadlines as noted above. The parties, however, reserve their right to seek changes the limitations on the form or scope of discovery, as and if necessary, at a later date.

4. **Court Conference**: The parties do not believe that a conference is necessary, unless the Court feels it would be useful to hear from the parties with respect to their proposed scheduling plan.

DATED: June 8, 2021

| **JEKIELEK & JANIS LLP** | **THORDNDAL ARMSTRONG DELK BALKENBUSH & EISINGER** |
|---|---|
| /s/ Ryan R. Janis | /s/ Brian K. Terry |
| Ryan R. Janis, Esq., Pro Hac Vice | Brian K. Terry, Esq. |
| 203 E. Pennsylvania Blvd. | 1100 E. Bridger Avenue |
| Feasterville, PA 19053 | Las Vegas, NV 89101 |
| ryan@jj-lawyers.com | jmg@thorndal.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2021

3