BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com
             dmccain@thorndal.com
*Attorneys for Defendants, RB Properties, Inc. d/b/a Old Town Saloon and Robert P. Bilbray*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RB PROPERTIES, INC., a Nevada corporation, d/b/a OLD TOWN SALOON; ROBERT P. BILBRAY, an individual,<br><br>Defendants. | **CASE NO.  2:20-cv-1549-JAD-EJY**<br><br><br><br><br>ECF Nos. 6, 16 |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff, Joe Hand Promotions, Inc., and defendants, RB Properties, Inc., dba Old Town Saloon, and Robert P. Bilbray, hereby stipulate and agree that all claims and defenses alleged in

-1-

this action shall be dismissed in their entirety with prejudice.  Each party is to bear its own costs, expenses and attorney's fees.  No trial date has been set

DATED this 27th day of July, 2021.

JEKIELIK & JANIS LLP

/s/ Ryan R. Janis
_____
Ryan R. Janis, Esq.
Admitted Pro Hac Vice
Pennsylvania Bar No. 307705
203 E. Pennsylvania Blvd.
Feasterville, PA 19053
Tel: (215) 337-4860
E-Mail: ryan@jj0lawyers.com
*Attorneys for Plaintiff*
*Joe Hand Promotions, Inc.*

DATED this 27th day of July, 2021.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

/s/ Brian K. Terry
_____
Brian K. Terry, Esq.
Nevada Bar No. 003171
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com
*Attorneys for Defendants, RB PROPERTIES,*
*INC. dba OLD TOWN SALOON,*
*and ROBERT P. BILBRAY*

### ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF No. 6]** are DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 27, 2021